ORIGINAL

**FILED**
AUG 10 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
REBECA BAZALDUA ) Case No. 04-55236 RLE
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2473092 for an unclaimed dividend in the amount of $23.44.  The name and address of the claimant entitled to the unclaimed dividend is as follows;

REBECA BAZALDUA
470 W 9TH ST
GILROY, CA  95020

Dated: August 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE